JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LAURA O. ARROYO, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MEGAN J. BRENNAN, Postmaster General, and DOES 1 through 20, Inclusive,<br><br>Defendant(s). | No. SA CV 15-2003-AG(JCGx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE<br><br><br><br>Honorable Andrew Guilford |

1 | Pursuant to the parties' Stipulation for Compromise Settlement that was filed herewith, Plaintiff's action is hereby dismissed with prejudice, in its entirety. Each party shall bear their own costs and attorney's fees.

Dated: August 09, 2016

_____
UNITED STATES DISTRICT JUDGE
ANDREW J GUILFORD

Presented by:

SANTIAGO & JONES

_____
DAVID G. JONES

Attorney for Plaintiff
LAURA ARROYO


EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section, Civil Division

_____
KATHERINE M. HIKIDA
Assistant United States Attorney

Attorneys for Federal Defendant
MEGAN J. BRENNAN, Postmaster General

1